E-FILED
Monday, 05 December, 2022  02:05:39 PM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| HEATHER ANN THOMPSON,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN R. BALDWIN,<br>MICHAEL MELVIN,<br>TERI KENNEDY,<br>DAVID MEREDITH,<br>EMILY RUSKIN, and<br>ROB JEFFREYS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case Number: 18-3230 |

## AMENDED JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.  This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **John R. Baldwin, Michael Melvin, Teri Kennedy, David Meredith, Emily Ruskin, and Rob Jeffreys and against Plaintiff Heather Ann Thompson on Counts I and II, plus costs of suit in the amount of $2,102.60.**

**Dated: December 5, 2022**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:  s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge